

**IKARD GOLDEN JONES PC**

ACCEPTED
03-13-00790-CV
6528086
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:36:02 PM
JEFFREY D. KYLE
CLERK

August 17, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:36:02 PM
JEFFREY D. KYLE
Clerk

*Via e-filing*

Jeffrey D. Kyle
Clerk of the Third Court of Appeals
THIRD COURT OF APPEALS
209 West 14th Street, Room 101
Austin, Texas 78701

> Re: **Cause No. 03-13-00790-CV**, Trial Court No. D-1-GN-07-002328; *T. Mark Anderson, as Co-Executor of the Estate of Ted M. Anderson, and Christine Anderson, as Co-Executor of the Estate of Ted M. Anderson v. Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer,* In the Court of Appeals for the Third District of Texas at Austin, Texas

Dear Mr. Kyle:

In response to the Court's August 4, 2015 letter, please be advised that Laurie Ratliff will present oral argument for Appellees/Cross-Appellants on September 2, 2015 at 9:00 a.m. By separate motion, Appellees/Cross-Appellants set out their requested allotment of time.

Very truly yours,

Laurie Ratliff

LR/tm

CC: Clients
Gerald McFarlen, *via e-mail*

T:\ARCHER 3 2007 TORTIOUS INTERFERENCE\APPEAL\CORRESPONDENCE\2015-08-17 Ltr to Clerk re Oral Argument.doc